UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SHASTA LINEN SUPPLY, INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLIED UNDERWRITERS, INC.; APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.; CALIFORNIA INSURANCE COMPANY; and APPLIED RISK SERVICES, INC.,<br><br>　　　　Defendants. | No. 2:16-cv-158 WBS AC<br><br><br><br>ORDER RELATING CASES |

1

| | |
|---|---|
| PET FOOD EXPRESS LTD, and ALPHA POLISHING, INC. d/b/a GENERAL PLATING CO., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>APPLIED UNERWRITERS, INC.; APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.; CALIFORNIA INSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,<br><br>            Defendants. | No. 2:16-cv-1211 WBS AC |
| APPLIED UNDERWRITERS, INC., a Nebraska corporation; and APPLIED RISK SERVICES, INC., a Nebraska Corporation,,<br><br>            Plaintiffs,<br><br>    v.<br><br>INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA RICARDO LARA, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER KENNETH SCHNOLL, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER BRYANT HENLEY, in his official capacity; and DOES 1-20,<br><br>            Defendants. | No. 2:20-cv-2096 WBS AC |

2

|   |   |
|---|---|
| CALIFORNIA INSURANCE COMPANY, a New Mexico corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA RICARDO LARA, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER KENNETH SCHNOLL, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER BRYANT HENLEY, in his official capacity; and DOES 1-20,<br><br>                    Defendants. | No. 2:21-cv-30 JAM JDP |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because all three cases appear to involve the legality of same or similar transactions and the court's rulings on those transactions. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated

Shasta Linen Supply, Inc. v. Applied Underwriters, Inc., 2:16-cv-00158 WBS AC, Pet Food Express Ltd. v. Applied Underwriters Inc., No. 2:16-cv-01211 WBS AC, Applied Underwriters, Inc. v. Lara, 2:20-cv-02096 WBS AC, and California Insurance Co. v. Lara, No. 2:21-cv-30 JAM JDP, be, and the same hereby are, deemed related.[1] The case denominated California Insurance Co. v. Lara, No. 2:21-cv-30 JAM JDP, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as California Insurance Co. v. Lara, No. 2:21-cv-30 WBS AC.

　　　　IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: January 11, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court previously related Case Nos. 2:16-cv-00158 WBS AC, 2:16-cv-01211 WBS AC, and 2:20-cv-2096 WBS AC.