Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
Beko O. Reblitz-Richardson(SBN 238027)
brichardson@bsfllp.com
Reed D. Forbush (*Pro Hac Vice*)
rforbush@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Counsel for Plaintiff California Insurance Company, a New Mexico corporation*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA INSURANCE COMPANY, a New Mexico corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA RICARDO LARA, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER KENNETH SCHNOLL, in his official capacity; CALIFORNIA DEPARTMENT OF INSURANCE DEPUTY COMMISSIONER BRYANT HENLEY, in his official capacity; and DOES 1-20.<br><br>Defendants. | **NO. 2:21-CV-00030-WBS-AC**<br><br>**STIPULATION AND ORDER RE: AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>**JUDGE: HON. WILLIAM B. SHUBB**<br>**CRTM: 5, 14TH FL.**<br>**FILED: JANUARY 6, 2021** |

Plaintiff California Insurance Company, a New Mexico Corporation, by and through their counsel of record, and

Defendants Insurance Commissioner of the State of California Ricardo Lara, California Department Of Insurance Deputy Commissioner Kenneth Schnoll, and California Department Of Insurance Deputy Commissioner Bryant Henley (collectively, “Defendants”), by and through their counsel of record, hereby stipulate and respectfully apply to this Court for an Order setting a deadline for Plaintiff to amend the complaint and setting a briefing schedule for Defendants’ response to that complaint.

WHEREAS, counsel for all parties met and conferred, and stipulate that Plaintiff may file a First Amended Complaint on April 26, 2021;

WHEREAS, counsel for all parties also agreed on the following briefing schedule for any motion to dismiss the First Amended Complaint: Defendants’ Answer or Motion to Dismiss will be due on May 17, 2021; Plaintiff’s Opposition to any Motion to Dismiss will be due on June 4, 2021; Defendants’ Reply will be due on June 21, 2021; and the hearing will be scheduled for June 28, 2021.

WHEREAS, counsel for all parties also agree that the Court’s order should provide for continuance of the Rule 16(b) conference and associated Rule 26(f) conference of the parties to a date to be set by the Court on or after the hearing to be scheduled for June 28, 2021;

WHEREAS, this is the first extension the Parties seek from the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED, between Plaintiffs and Defendants, subject to the Court’s approval, that Plaintiff

will file its First Amended Complaint on April 26, 2021; Defendants' Answer or Motion to Dismiss will be due on May 17, 2021; Plaintiff's Opposition will be due on June 4, 2021; Defendants' Reply will be due on June 21, 2021; the hearing on the Motion to Dismiss will be held on June 28, 2021; and the Rule 16(b) conference and associated Rule 26(f) conference of the parties shall be continued to dates to be set by the Court on or after June 28, 2021.

**IT IS SO STIPULATED.**

| DATED: April 19, 2021 | By: *<u>/s/ Maxwell V. Pritt</u>*<br><br>Maxwell V. Pritt (SBN 253155)<br>mpritt@bsfllp.com<br>Beko O. Reblitz-Richardson(SBN 238027)<br>brichardson@bsfllp.com<br>Reed D. Forbush (*Pro Hac Vice*)<br>rforbush@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293-6800<br>Facsimile: (415) 293-6899<br><br>*Counsel for Plaintiff California Insurance Company, a New Mexico corporation* |
|---|---|
| DATED: April 19, 2021 | By: *<u>/s/ Michael J. Strumwasser (as authorized on 4/19/2021)</u>*<br><br>MICHAEL J. STRUMWASSER (SBN 58413)<br>DALE K. LARSON (SBN 266165)<br>CAROLINE CHIAPPETTI (SBN 319547)<br>JULIA MICHEL (SBN 331864)<br>STRUMWASSER & WOOCHER LLP<br>10940 Wilshire Boulevard, Suite 2000<br>Los Angeles, California 90024<br>Telephone: (310) 576-1233<br>Facsimile: (310) 319-0156 |

Email: mstrumwasser@strumwooch.com
Email: dlarson@strumwooch.com
Email: cchiappetti@strumwooch.com
Email: jmichel@strumwooch.com
CYNTHIA J. LARSEN (SBN 123994)
JUSTIN GIOVANNETTONE (SBN 293794)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: clarsen@orrick.com
Email: jgiovannettone@orrick.com

*Attorneys for all Defendants*

**IT IS SO ORDERED.**

The stipulation of the parties is hereby **GRANTED.** Defense counsel shall immediately file a notice of withdrawal of the pending motion to dismiss, ECF No. 22, set for hearing on 5/17/2021. The Scheduling Conference is continued to **August 30, 2021 at 1:30 p.m.** A joint status report shall be filed no later than **August 16, 2021**.

Dated: April 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE