UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSURANCE CO., a New Mexico Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA RICARDO LARA, in his official capacity; et al.,<br><br>　　　　　Defendants. | Case No. 2:21-CV-00030-WBS-AC<br><br>**ORDER GRANTING STATE OF NEW MEXICO'S MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>Date Action Filed: January 6, 2021 |

Having considered the State of New Mexico's Motion for Leave to File Amicus Brief in Support of Plaintiff's Opposition to Motion to Dismiss and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.
2. The State of New Mexico's Amicus Brief in Support of Plaintiff's Opposition to Motion to Dismiss is deemed filed.
3. The motion hearing date of July 12, 2021 is vacated.

IT IS SO ORDERED.

Dated: June 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

      s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com

*Local Counsel and Special Assistant Attorney General State of New Mexico as Amicus Curiae*

OFFICE OF THE NEW MEXICO ATTORNEY GENERAL
HECTOR BALDERAS, ATTORNEY GENERAL
MATTHEW BACA, Senior Counsel
Post Office Drawer 1508
Santa Fe, New Mexico 87504-1508
Telephone: 505/490-4052
mbaca@nmag.gov

*State of New Mexico as Amicus Curiae*